

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00146-CR

Eric Xavier **MENDOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-5141
Honorable Philip A. Kazen Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 12, 2013.

Marialyn Barnard, Justice